UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/7/2022
```

VIENGKEO KEOPHOMMASANE,

      Plaintiff,

-against-

ROBIN CARNAHAN, ADMINISTRATOR,
GENERAL SERVICES ADMINISTRATION,

      Defendant.

22 Civ. 743 (AT)

VIENGKEO KEOPHOMMASANE,

      Plaintiff,

-against-

ROBIN CARNAHAN, ADMINISTRATOR,
GENERAL SERVICES ADMINISTRATION,

      Defendant.

22 Civ. 745 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  The Court intends to consolidate the above-captioned actions. Any opposition to consolidation shall be filed by **February 16, 2022**.

  The Clerk of Court is directed to mail a copy of this Order to Plaintiff *pro se*.

  SO ORDERED.

Dated: February 7, 2022
   New York, New York

                  ANALISA TORRES
                United States District Judge